IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JAY PETERSON,<br><br>    Plaintiff,<br><br><br><br>        vs.<br><br><br>HERSCHEL J. SAPERSTEIN, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND<br>ORDER ON PENDING MOTIONS<br><br><br><br>Case No. 2:05-CV-900 TS |

This matter is before the Court on several motions recently filed by Plaintiff after the dismissal of his Complaint and the close of this case.  On May 17, 2006, the Court entered a Memorandum Decision and Order Granting Defendants' Motion to Dismiss, Disposing of Remaining Motions and Closing Case.[1]  Thereafter, unabated, Peterson filed the following: Plaintiff's Motion for Extension of Time to Respond to Motion to Strike,[2] Plaintiff's Motion to

---

[1] Docket No. 23.

[2] Docket No. 24, filed May 22, 2006.

Amend Complaint,[3] Rule 59 Motion to Alter or Amend a Judgment,[4] and Motion for Expedited

Discovery.[5]

      With the exception of Plaintiff's Rule 59 Motion to Alter or Amend a Judgment,[6] these

pleadings are inappropriate, as the case has been dismissed.  The Court will deny these motions.

However, it will allow briefing on the Rule 59 Motion and will issue a ruling on the merits.

      Based upon the above, it is hereby

      ORDERED that Plaintiff's Motion for Extension of Time to Respond to Motion to Strike

(Docket No. 24) is DENIED.  It is further

      ORDERED that Plaintiff's Motion to Amend Complaint (Docket No. 25) is DENIED.  It

is further

      ORDERED that the parties shall fully brief Plaintiff's Rule 59 Motion to Alter or Amend

a Judgment.  It is further

      ORDERED that Plaintiff's Motion for Expedited Discovery (Docket No. 31) is DENIED.

---

[3] Docket No. 25, filed May 22, 2006.

[4] Docket No. 29, filed May 30, 2006.

[5] Docket No. 31, filed May 30, 2006.

[6] Docket No. 29.

SO ORDERED.

DATED  June 6, 2006.

BY THE COURT:

TED STEWART
United States District Judge